IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE, an individual,<br><br>    Defendant. | No. C 08-1805 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

    Pursuant to Civil Local Rule 72-1, plaintiff's "Miscellaneous Administrative Request Pursuant to Local Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference," filed April 3, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: April 7, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge