UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IO GROUP, INC., dba a California Corporation Titan Media, | ) ) ) ) | No. C08-1805 MMC (BZ) |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER DENYING ADMINISTRATIVE REQUEST TO TAKE DISCOVERY** |
| JOHN DOE, | ) ) | |
| Defendant(s). | ) ) ) | |

Plaintiff has filed an administrative request for leave to take immediate discovery to determine the identity of defendant John Doe. Plaintiff claims defendant has been posting its copyrighted material on his blog. The blog is alleged to be located on blogger.com, a commercial enterprise of Google, Inc. Plaintiff seeks leave to serve a subpoena on Google, Inc. to determine defendant's internet protocol address and to serve a subsequent subpoena on the appropriate ISP provider to determine defendant's identity.

Plaintiff has failed to show good cause for the requested discovery. Essentially, plaintiff is seeking to discover the

1

identity of a person who allegedly posted information on the internet anonymously. Plaintiff's request implicates John Doe's privacy and potentially implicates his First Amendment rights. See e.g. Highfields Capital Mgmt. L.P. v. Doe, 385 F. Supp. 2d 969 (N.D. Cal. 2005); Sony Music Entm't Inc. v. Does 1-40, 326 F.Supp.2d 556, 562 (S.D.N.Y. 2004). Under such circumstances, plaintiff must show that there is a need for the discovery that outweighs John Doe's privacy and potential First Amendment rights. Here plaintiff's showing is inadequate.

The only declaration submitted in support of plaintiff's request is from an officer of plaintiff, who uses the name Keith Webb but states that Webb is a pseudonym that he uses in place of his true legal name. This suggests that plaintiff is aware that there may be privacy and First Amendment rights at issue. Plaintiff makes no showing why it did not try to file under seal a declaration signed by the declarant, using his true name.

In any event, "Webb's" declaration does not explain other than in superficial terms what infringement John Doe Is supposed to have committed. Instead, it references the allegations of the complaint, which is also unsworn. The signature page appears to be from a different document than the rest of the declaration, paragraph 13 begins on page 3 and page 4 and the typefont is different. This undermines the

///
///
///

1  integrity of the skimpy declaration.
2       For the foregoing reasons, plaintiff's request is **DENIED**.
3  Dated: April 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\IO GROUP V. DOE\ORD DENYING ADMIN RQST FOR EXPEDITE DISC.wpd