1  GILL SPERLEIN (172887)
   THE LAW FIRM OF GILL SPERLEIN
2  584 Castro Street, Suite 849
3  San Francisco, California  94114
   Telephone: (415) 378-2625
4  Facsimile: (415) 252-7747
5  legal@titanmedia.com

6  Attorney for Plaintiff
   IO GROUP, INC.
7

8
9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10

11                                          )
   IO GROUP, INC. d/b/a TITAN MEDIA, a      )   **CASE NO: C-08-1805 (MMC)**
12 California corporation,                  )
                                            )
13                                          )   **NOTICE OF VOLUNTARY DISMISSAL**
                                            )   **WITHOUT PREJUDICE**
14     Plaintiff,                           )
                                            )
15              vs.                         )
                                            )
16                                          )
   JOHN DOE, an individual,                 )
17                                          )
       Defendant.                           )
18                                          )
                                            )
19                                          )

20
          Plaintiff IO GROUP, INC. dismisses the above-captioned action without prejudice.
21

22

23 Dated: *April 29, 2008*                 Respectfully submitted,

24                                         */S/ Gill Sperlein*
25
                                           GILL SPERLEIN
26                                         Attorney for Plaintiff IO GROUP, INC.

27

28

                                           -1-
                                                                              DISMISSAL
                                                                          C-08-1805 (MMC)